IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: John Thomas Lacik<br>SSN: xxx−xx−9376 | ) )<br>) | Case No.: 17-81630-CRJ-11 |
| Lisa Elaine Lacik<br>SSN: xxx−xx−1278 | ) )<br>) | |
| Debtors. | ) | CHAPTER 11 |

## ORDER APPROVING EMPLOYMENT OF CHAPTER 11 ATTORNEYS FOR DEBTORS-IN-POSSESSION

This matter came before the Court upon the Application by Debtors-in-Possession to Employ Sparkman, Shepard & Morris, P.C. as Chapter 11 Attorneys (Doc. 15). After proper notice, a hearing was held on June 21, 2017 with appearances by Kevin M. Morris on behalf of the Debtors-in-possession and Richard M. Blythe on behalf of the Bankruptcy Administrator.

The Bankruptcy Administrator has filed a recommendation for approval of the employment of Sparkman, Shepard & Morris, P.C. as Chapter 11 Attorneys. Upon consideration of the pleading and the recommendation of the Bankruptcy Administrator, by the Court it is

**ORDERED**, **ADJUDGED** and **DECREED** that the Application by Debtors-in-Possession to Employ Chapter 11 Attorneys (Doc. 15) is **APPROVED** and the Debtors-in-possession are **AUTHORIZED** to employ the law firm of Sparkman, Shepard & Morris, P.C. to serve as their counsel in this matter.

Dated this the 22nd day of June, 2017.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge