**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| In re: John Thomas Lacik | ) | Case No.: 17-81630-CRJ-11 |
| SSN: xxx-xx-9376 | ) | |
| | ) | |
| Lisa Elaine Lacik | ) | |
| SSN: xxx-xx-1278 | ) | |
| | ) | |
| Debtors. | ) | Chapter 11 |

**ORDER APPROVING APPLICATION FOR FINAL
APPROVAL OF DEBTORS' ATTORNEY FEES**

This matter came before the Court for hearing upon the Debtors' Application for Final Approval of Attorney Fees filed on August 15, 2018 (Doc. 166). After proper notice, a hearing was held on September 5, 2018 with appearances by Tazewell T. Shepard IV on behalf of the Debtors and Richard M. Blythe on behalf of the Bankruptcy Administrator.

Upon consideration of the pleadings, and in light of the representations of the parties at the hearing, by the Court it is

**ORDERED, ADJUDGED** and **DECREED** that the Debtors' Application for Final Approval of Attorney Fees in the amount of $23,272.00 and reimbursement of expenses totaling $1,056.74 is hereby APPROVED.

Dated this the 6th day of September, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney to Debtors