# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| John Thomas Lacik } | **Case No: 17-81630-CRJ11** |
| SSN: XXX-XX-9376 } | |
| Lisa Elaine Lacik } | |
| SSN: XXX-XX-1278 } | |
| DEBTOR(S). } | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #174; Debtors' Motion for Entry of a Final Decree Closing Chapter 11 Case |
| **Date and Time:** | Tuesday, November 20, 2018 01:30 PM |
| **Appearances:** | Richard M Blythe (Bankruptcy Administrator) |
| | Tazewell Taylor Shepard IV, attorney for John Thomas Lacik (Debtor) |
| | Tazewell Taylor Shepard IV, attorney for Lisa Elaine Lacik (Joint Debtor) |
| **Courtroom Deputy:** | MeShae Bogue |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Continued in open court to 12/19/18 at 11:30 a.m., Federal Courthouse, 101 Holmes Avenue, Huntsville, Alabama. |

Date Prepared:11/21/2018