# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| JOHN THOMAS LACIK and | * |
| SSN: xxx-xx-9376 | * |
| | * CASE NO. 17-81630-CRJ-11 |
| LISA ELAINE LACIK | * |
| SSN: xxx-xx-1279 | * |
| | * |
| | * |
| Debtors | * |

## NOTICE OF TERMINATION OF STAY

Pursuant to the Second Amendment to Debtors' Amended Plan of Reorganization and the Order confirming Debtor's Chapter 11 Plan of Reorganization, Regions Bank sent out a twenty (20) day Notice of Default letter to the debtors and debtors' counsel on November 16, 2018. The default was not cured, therefore the stay in this case has lifted with respect to Regions Bank on its second mortgage pursuant to the above.

/s/ W. L. Longshore, III
W. L. Longshore, III
Attorney for Regions Bank

OF COUNSEL:
LONGSHORE, BUCK & LONGSHORE, P.C.
2009 Second Avenue North
Birmingham, Alabama 35203
Phone: (205) 252-7661
Email: Billy3@longshorebuck.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Notice of Termination of Stay by depositing same in the U. S. Mail, first class, postage prepaid, to the following:

John Thomas Lacik
Lisa Elaine Lacik
13309 South Village Square Road, SE
Huntsville, AL 35803


I hereby certify that I have served a copy of the above Notice of Termination of Stay by ECF Electronic Service, to the following:

Tazewell T. Shepard
Sparkman, Shepard & Morris, P.C.
P. O. Box 19045
Huntsville, AL 35804

Richard M. Blythe
Bankruptcy Administrator
P. O. Box 3045
Decatur, AL 35602

Jeanna D. Chappell
Pierce Ledyard, P.C.
P.O. Box 161389
Mobile, AL 36616

Done this 10th day of December, 2018.

W. L. Longshore, III